# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BEVERLY NEFF,**

    **Plaintiff,**

v.                                                 Case No.  8:05-cv-129-T-30TBM

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

    The Court has been advised by Plaintiff's counsel William Coffman, Jr. that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on December 6, 2005.

                                                                             JAMES S. MOODY, JR.
                                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-129.dismissal.wpd